Wednesday, April 24, 1991

## MERIT DOCKET

**90-2545.** Schramm v. Mahoney. In Habeas Corpus. On motion to vacate. Motion denied.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**91-98.** State, ex rel. Carter, v. Prosecutors of Paulding Cty. In Mandamus. On motion to clarify court's order and decision. Motion denied.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**91-130.** State, ex rel. Maslanka, v. Tomaro. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**91-296.** State, ex rel. Smith, v. Ohio Adult Parole Auth. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**91-312.** O'Brien v. Moyer. In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

Moyer, C.J., not participating.

**91-353.** State, ex rel. Thrower, v. Zaleski. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**91-358.** State, ex rel. Stanley, v. Ohio Parole Bd. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**91-461.** State, ex rel. Peeples, v. Eighth Dist. Ct. of Appeals. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**91-514.** State, ex rel. Diaz, v. Moss. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**91-566.** State v. Kunkle. *Clark County,* No. CA-2426. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Holmes, Wright, H. Brown and Resnick, JJ., concur.

Sweeney and Douglas, JJ., dissent.